**PERKINS COIE**

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T  +1.212.262.6900  
F  +1.212.977.1649  
PerkinsCoie.com

May 11, 2022

Adam R. Mandelsberg  
AMandelsberg@perkinscoie.com  
D. +1.212.261.6867  
F. +1.212.399.8067

**VIA CM/ECF**

Hon. Lorna G. Schofield  
United States District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square - Courtroom 1106  
New York, New York 10007

**Re:**   *Jose Rodriguez v. Target Corporation*, **Case No. 1:22-cv-02982 (LGS)**

Dear Judge Schofield:

Perkins Coie LLP represents Defendant Target Corporation ("Target") in the above-referenced action. Target respectfully submits this letter motion pursuant to Rule 1(B)(2) of Your Honor's Individual Practices to request a 30-day extension for Target to answer, move, or otherwise respond to the Complaint—extending the deadline from May 17 to June 17, 2022.

Plaintiff Jose Rodriguez ("Plaintiff") filed the Complaint on April 12, 2022. Target was served with the Complaint on April 26, 2022. Based on the date of service, Target's time to answer, move, or otherwise respond to the Complaint is currently May 17, 2022.

The requested extension will allow Target time to further investigate the matter and will also allow for a uniform briefing schedule. There have been no previous requests for an adjournment or extension in this matter, and Plaintiff's counsel has communicated that he does not oppose this request.

We are available to answer any questions that Your Honor may have. Thank you in advance for your consideration of this request.

Application GRANTED.  Plaintiff shall answer, move or otherwise respond to the Complaint by **June 17, 2022**.

Dated: May 13, 2022  
New York, New York

*/s/ Lorna G. Schofield*  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**

Perkins Coie LLP  
156871329.2

Hon. Lorna G. Schofield
May 11, 2022
Page 2


Respectfully submitted,


*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg


cc: All counsel of record

Perkins Coie LLP
156871329.2